U.S District Court District of Massachusetts

Michael Sullivan Plaintiff

v

President Donald J Trump



## Jurisdiction and Venue

1 This Court has Federal question jurisdiction pursuant to First Amendment, Fourteen Amendment, and 28 U.S.C 1331 because of this action arises 42 U.S.C Violation of Constitutional Rights by State Official 18 U.S. Code § 241.Conspiracy against rights and 18, U.S.C., Section 242 - Deprivation of Rights Under Color of Law 42 U.S. Code § 1985. Conspiracy to interfere with civil rights (2) (3) and 18 U.S. Code § 371.

Venue Is proper in this Court 28 1391 (b) (2) a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of the property that is the subject of the action is situated.

The venue is proper as the Plaintiff is resident of Massachusetts

## INTRODUCTION

2 In 2103 I started email around 25 National union leaders (some union are not on my list, such National Teachers Association) of the AFL-CIO in Washington D, C that get forwarding to union members, family and friends in every state of the country literally millions of people were receiving my emails. My email list is **EXHIBIT A:**

3 The Plaintiff representing union member around the country and working with 56 national union presidents of the AFL-CIO in Washington D, C has been subject to nonstop physiological and physical war by the FBI and NSA since February 15, 2013.

4 I believe there is National Security Directive sign against me for disseminating Ambassador of Libya Stevens **EXHIBIT B** Guns of August 8,2012 email (with two articles warning of military conflict with Russia and China) that was SENSITIVE

BUT UNCLASSIFIED is illegal for privet citizen to disseminate Ambassador Stevens email to 18 US Intelligence Trigger two articles from American and British Power Structure within two weeks. 5Ambassador Steven was killed a month later.

5 I email the information using CQROLL.COM to every Town, City, State elected official in late 2012 or early 2013. In 2103 I also around 25 National union leaders of the AFL-CIO in Washington D, C.

6 First article by Professor Paul Craig Roberts: 11-day latter, August 17, 2012 Stumbling Towards Nuclear War? The morons who rule the American sheeple are not only dumb and blind, they are deaf as well. The ears of the American "superpower" only work when the Israeli prime minister, the crazed Netanyahu, speaks. Then Washington hears everything and rushes to comply. The Russians, watching Netanyahu push Washington toward dangerous confrontations keep raising their voices about the danger of nuclear war. On May 17 Russian Prime Minister Dmitry Medvedev warned the West against launching "hasty wars," which could result "although T do not want to scare anyone" in "the use of a nuclear weapon." On November 30 of last year, the Chief of the General Staff of the Armed Forces of Russia warned of nuclear war with NATO. General Nikolai Makarov said that NATO's eastward expansion meant that the risk of Russia coming.

7 The second Article by Professor Graham Allison, 13 day later AUGUST 21, 2012 Thucydides's trap has been sprung in the Pacific China and America are the Athens and Sparta of today. If we were betting on the basis of history, the answer to the question about Thucydides's trap appears obvious. In 11 of 15 cases since 1500 where a rising power emerged to challenge a ruling power, war occurred. Think about Germany after unification as it overtook Britain as Europe's largest economy. In 1914 and in 1939, its aggression and the UK's response produced world wars.

8 I left a complaint with U.S. Attorney General District of Massachusetts on March 8, 2017, the complaint was dated March 6, **2017 EXHIBIT C** which led to President Trump forcing 46 U.S. attorneys to resign

9 March 10 NYT Trump Abruptly order 46 Obama- Era Prosecutors to Resign; "the night before Fox's News Commenter Sean Hannity said: "on his evening show that Mr. Trump needed to 'purge" Obama Holdover from the federal Government. Mr. Hannity portrayed them as saboteurs from the deep state who were leaking secrets to hurt Mr. Trump.

16 the Plaintiff will produce evidence that I have file numerous complaints Department of Justice Boston FBI office, U.S. attorney for the District of Massachusetts and many other Federal agencies, I have copies of the letters and certified mail receipts.

17 President Donald J Trump is blocking these U.S Government Agencies from investigating my complaints.

### Prayer for Relief

Issuing a declaration that; Defendant according to proof, conspired to block the US Attorney, FBI Director and many other United States agencies from Investigating the plaintiff complaints

Award any relief as the Court may deem as permitted by law.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 6, 2020

*Michael Sullivan* (signature)

Michael Sullivan
PO BOX 550154
Waltham Ma, 02451
amikesull@gmail.com

10 **April 19, 2017** PBS News Hour Scientist jump into the political fray A science advocacy group called 314 Action, which is encouraging scientists to run, says 3,000 have signed up for its candidate training program. 314 Action has some 101-level political how-to videos to help them take the leap out of the lab.

11 **April 23, 2017** EMILY's List: More Than 11,000 Democratic Women Are Interested in Running for Office So Far This Year. With a picture of Senator Warren appear under the article.

12 I believe all these people were receiving my emails but they can't contact me.

13 September 5 2017, I am writing a letter to Department of Defense Inspector General requesting: The United States military is operating Electromagnetic Weapon on me for over three years. September 9, 2017, I certified mail an Inspector General action request form to IG of the US Air Force Lt, Gen Anthony J Rock, I requested: "Investigate my complaint. Remove the satellite that is hitting me with Electromagnetic frequency anywhere I go." **EXHIBIT D** Letter to DODIG and sign action request form to IG of the US Air Force Lt, Gen Anthony J Rock dated September 9, 2017. Also certified mail receipts to DOD IG.

14 September 22, 2017 Letter from US Air Force Lt, Gen Anthony J Rock subordinate Col Hurlburt: "The Inspector General of the Air Force, Lt Gen Anthony J. Rock, is in receipt of your recent letter and has asked me to respond on his behalf. After reviewing all the documents that accompanied your letter, "I must inform you that the Air Force Inspector General does not have the authority to provide the remedy you seek." Given the nature of our complaints and the diversity of defendants named, the U.S. Federal Court system is most likely the best venue to address your issues. We see no further role for the Air Force Inspector General system at this time. Thank You for bringing this matter to our attention." **EXHIBIT E**

15 The Plaintiff certified mail Director of the FBI Christopher A Wray December 29 2019 requesting he investigate my complaint. I believe President Donald J Trump is blocking Director Wray from Investigating my complaint. Director Wray knows about my political work because I have National Security Directive sign against me.  I have the copy letter and certified mail receipts