EXHIBIT A

I email the following union leaders and I have included associations.
About five unions stop receiving my emails, some unions are not on the list

tburn@iaff.org, International Association of Fire Fighters 300,000

sdavidow@apwu.org, America Postal workers Union 330,000

region2@umwa.org, united Mine workers Union region 2

ryantko@um.org, United Mine Workers of America 35,000 members

umwa@ns.sympatico.ca, United Mine Workers of America

umwadistrict22@emerytelcom.net, Emory Telcom

umwadistrict20@bellsouth.net Bell south was Cingular Wireless.

nkorkolis@opeiu.org, Office of Professional Employees International Union 125,000 members

personnel@ibew.org, International Brotherhood Electrical workers

bentonumwa@frontier.com, Frontier Communications 18,000 workers

president384@aol.com, New York City Largest Union Public Employee Union 125,000

pac_td@smart-union.org, SMART, the International Association of Sheet Metal, Air, Rail and Transport Worker 216 000

opcmiaintl@opcmia.org, Operative Plasterers' and Cement Masons' International Association 39,000 members

nnocmissourikansas@calnurses.org, national Nurse united 185,000 members

mail@iupat.org, International Union of Painters and Allied Trades 100,000 members

media@twu.org, Transportation workers union 500,000

ljacobs@calnurses.org, part of national Nurse united 185,000 members

nflpaexecutive@nflplayers.com National Football Players executive department

lasvegas@nnoc.net, Part of National Nurse United

kristin.ranger@sagaftra.org, Screen Actors Guild and American Federation of Television and Radio Artists Announcement of Merger Referendum Results 129,000 members.

janumwa@neondsl.com,

jdewberry@local375.org

jcarter@umwa.org, West Virginia AFL-CIO VP s

iwmagazine@iwintl.org, Iron workers 125,000 members

ibewpoliticaldept@ibew.org, political Department IBEW

ipjones@boilermakers.org, International Brother hood of Boiler makers

info@afacwa.org, Association Of Flight Attendants

info@smwia.org, Sheet Metal Workers

iatsepac@iatse-intl.org, The International Alliance of Theatrical Stage Employees, Moving Picture Technicians, Artists and Allied Crafts of the United States, is a labor union representing over 130,000 technicians, artisans and crafts persons in the entertainment industry, including live theatre, motion picture and television production, and trade shows.¤ It was awarded Tony Honors for Excellence in Theatre in 1993.

**Most National news commentators receive my emails,**

CustomerCare@asme.org,

**THE AMERICAN SOCIETY OF MECHANICAL ENGINEERS promotes the art, science & practice of multidisciplinary engineering and allied sciences around the globe.**

grdept@asme.org,

igti@asme.org, American Association for the Advancement of Science

HoustonASMEoffice@asme.org

**American Association for the Advancement of Science**

http://news.sciencemag.org/funding/2015/12/budget-agreement-boosts-u-s-science#tablethe list is below

bjasny@aaas.org,
asugden@science-int.co.uk,
pkiberst@aaas.org
wwinson@aaas.org,
jyeston@aaas.org,
cash@science-int.co.uk,
gchin@aaas.org,
lchong@aaas.org,
jfahrenkamp@science-int.co.uk>,
bgrochol@aaas.org,
phines@aaas.org,
shurtley@science-int.co.uk,
pkiberst@aaas.org,
mlavine@aaas.org,
kmueller@aaas.org,
losborne@science-int.co.uk,
bpurnell@aaas.org,
orgbray@aaas.org,
griddiho@aaas.org,
hjsmith@aaas.org,
ksmith@science-int.co.uk,
jstajic@aaas.org,
pstern@science-int.co.uk,
pszuromi@aaas.org,
vthompso@aaas.org,
svignier@aaas.org,
bwible@aaas.org,
nwiggint@aaas.org,
orglzahn@aaas.org,
npinol@aaas.org,
science@science-int.co.uk,

## I recently started sending emails to the National Council of La Raza

cantelo@chci.org,
MANANational@hermana.org,
info@nclr.org,
egsmith@prospanica.org ,
mruth@ushcc.com,
wro@hacu.net,
hnip@hacu.net ,
hacu@hacu.net,
tsavino@prospanica.org,

**The National Farmers Union**

illinoisfarmersunion@gmail.com,
Michigan Farmers Union mifarmersunion@gmail.com ,
info@nebraskafarmersunion.org,
tfunion@aol.com,
arkansasfarmersunion@gmail.com,
jimbenham@gmail.com,
mfu@mfu.org,
info@newenglandfarmersunion.org
UTFarmersUnion@gmail.com
lmcb44@comcast.net

## Council on American-Islamic relations

info@cair.com, info@alabama.cair.com, info@az.cair.com,info@losangeles.cair.com
,info@sacval.cair.com,info@sandiego.cair.com
,info@sfba.cair.com,info@ct.cair.com,info@fl.cair.com,info@ga.cair.com,info@cairchicago.org,Mail2CAIR@cair-iowa.org
,info@cairkansas.org, info@ma.cair.com, info@cairmichigan.org,info@mn.cair.com info@mo.cair.com,info@nj.cair.com,
info@ny.cair.com, info@cincinnati.cair.com, info@cleveland.cair.com, info@columbus.cair.com,
info@ok.cair.com,info@philadelphia.cair.com ,    info@dfw.cair.com,
info@houston.cair.com,info@sanantonio.cair.com,info@cairseattle.org

From: draper, hannah a
Sent: 8/9/2012 8:55:08 AM
To:
Subject: The Guns of August: security in eastern Libya

UNCLASSIFIED
SBU



| | |
|---|---|
| MRN: | 12 TRIPOLI 952 |
| Date/DTG: | Aug 09, 2012 / 090955Z AUG 12 |
| From: | AMEMBASSY TRIPOLI |
| Action: | WASHDC, SECSTATE ROUTINE |
| E.O.: | 13526 |
| TAGS: | PGOV, KDEM, LY |
| Captions: | SENSITIVE, SIPDIS |
| Subject: | The Guns of August: security in eastern Libya |

1. (SBU) Summary: Since the eve of the elections, Benghazi has moved from trepidation to euphoria and back as a series of violent incidents has dominated the political landscape during the Ramadan holiday. These incidents have varied widely in motivation and severity. There have been abductions and assassinations, but there have also been false alarms and outright fabrications. The individual incidents have been organized, but this is not an organized campaign. What we are going through — and what people here are resolved to get through — is a confluence rather than a conspiracy. The Supreme Security Council (SSC), designed to be an interim security measure, has not coalesced into a stabilizing force, and provides little deterrence. Across the political spectrum, people concede the necessity of a security apparatus that is strong enough to keep peace, but many inherently fear abuse by the same authorities. This debate, playing out daily in Benghazi, has created the security vacuum that a diverse group of independent actors are exploiting for their own purposes. End Summary.

2. (SBU) In response to the widely reported security incidents of the past week, security forces have increased their profile and are now a more visible, though still understaffed, presence on Benghazi streets. Most prominent is Benghazi's SSC, assembled from former members of various militias as an interim security measure. However, even in the assessment of its own commander, Fawzi Younis, SSC Benghazi has not coalesced into an effective, stable security force.

3. (SBU) The absence of significant deterrence has contributed to a security vacuum that is being exploited by independent actors. Ordinary criminals are able to engage in crimes that are more about profit than politics with relative impunity; car jackings and smuggling are particular concerns. Former regime elements are active because they believe that attacking the Revolution in its cradle will have maximum impact on public opinion. Islamist extremists are able to attack the Red Cross with relative impunity, and UN officials tell us human trafficking is on the rise. Violence at hospitals has become a particular concern, with security guards reportedly walking out after demands for treatment have escalated into shootings. Police in the eastern city of Marj have also staged sit-ins to protest lack of government follow-through on promises made to them as well.

4. (SBU) Though most acknowledge the need, others fear the government's potential strength. But a centralized and professional security force is the future, and contacts across the political spectrum concede that the government needs to

EXHIBIT C



**U.S. Department of Justice**

*William D. Weinreb*
*Acting United States Attorney*
*District of Massachusetts*

Main Reception: (617) 748-3100

John Joseph Moakley United States Courthouse
1 Courthouse Way
Suite 9200
Boston, Massachusetts 02210

March 8, 2017

Michael Sullivan
10 Trimount Avenue
Waltham, MA 02451

Re: <u>Your Letter dated March 6, 2017</u>

Dear Mr. Sullivan:

    Our office is in receipt of your correspondence dated March 6, 2017 requesting to investigate your complaint against Waltham Police DM Hart and Federal Bureau of Investigation.

    The U.S. Attorney's Office is not an investigative agency and is not in a position to investigate your allegations. This office does not represent individuals in matters or lawsuits you may wish to bring against another person, company or government agency. It does not appear that your complaint is a federal matter and as such is within the jurisdiction of this office.

    This office prosecutes federal criminal offenses and represents the United States of America in certain civil matters. The U.S. Attorney represents the United States of America and its agencies, such as the U.S. Department of Interior or the U.S. Department of Agriculture. This office also represents the United States of America in criminal matters filed against individual or corporate defendants.

    Almost all complaints or allegations of crime made to our office get referred to another agency for investigation. Your complaint will be more efficiently processed if you go directly to the appropriate agency. For a listing of local addresses of federal agencies, visit http://www.justice.gov/usao/ma/reportacrime/index.html.

    The U.S. Attorney's Office cannot give legal help or advice to individuals. However, a private attorney or legal aid office may be able to assist you. The Boston or Massachusetts Bar Association may be able to refer you to an attorney that specializes in these types of matters. You can reach the Boston Bar Association's attorney referral service at (617) 742-0625 and the Massachusetts Bar Association's attorney referral service at (617) 654-0400. The Massachusetts

Letter to IG at the DOD Below and certified mail receipts                                EXHIBIT D

# INSPECTOR GENERAL ACTION REQUEST
For use of this form, see AR 20-1; the proponent agency is the Office of The Inspector General.

## DATA REQUIRED BY THE PRIVACY ACT OF 1974

**AUTHORITY:** Title 10, USC, Section 3020; Inspector General Act of 1978 (Pub L. 95-452), as amended; E.O. 9397 (SSN).

**PRINCIPAL PURPOSE:** To secure sufficient information to inquire into the matters presented and to provide a response to the requestor(s) and / or take action to correct deficiencies.

**ROUTINE USES:** Information is used for official purposes within the Department of Defense; to answer complaints or respond to requests for assistance, advice, or information; by Members of Congress and other Government agencies when determined by The Inspector General to be in the best interest of the Army; and, in certain cases, in trial by courts-martial and other military matters as authorized by the Uniform Code of Military Justice. Department of Defense Blanket Routine Uses also apply.

DISCLOSURE OF THE SOCIAL SECURITY NUMBER AND OTHER PERSONAL INFORMATION IS VOLUNTARY. HOWEVER, FAILURE TO PROVIDE COMPLETE INFORMATION MAY HINDER PROPER IDENTIFICATION OF THE REQUESTOR, ACCOMPLISHMENT OF THE REQUESTED ACTION(S), AND RESPONSE TO THE REQUESTOR.

| LAST NAME - FIRST NAME - MIDDLE INITIAL | GRADE / RANK | SSN | COMPONENT / STATUS |
|---|---|---|---|
| Sullivan Michael H | | 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 | |

| UNIT AND COMPLETE MILITARY ADDRESS | PREFERRED CONTACT TELEPHONE (Duty, home, and / or cell) |
|---|---|
| IG Air Force Lt Gen Anthony J Rock  4800 Mark Center Drive  Alexandria, VA 22350-1500 | 781 472-2647  email would be better |

| PREFERRED MAILING ADDRESS (if different from military address, including ZIP Code) | E-MAIL ADDRESS (Optional) |
|---|---|
| 10 Trimount Ave  Waltham Ma 02451 | peacefullness8@gmail.com |

**SPECIFIC ACTION REQUESTED** (What do you want the IG to do for you?)

Investigate my complaint. Remove the satellite that is hitting me with electromagnetic frequency anywhere I

**INFORMATION PERTAINING TO THIS REQUEST** (Background. Use additional sheets if necessary; list enclosures if applicable.)

I filed a case on August 3 2017 in United States District Court, District of Massachusetts Boston Case No 1:17-cv-11438-DJC Sullivan V Hart et al assigned to judge Denise J Casper 1 The Plaintiff will prevail and the Police Officer DM Hart will testify that the FBI force her to write a false police report.

2. Police officer's testimony will also confirm my allegations that the United States Air Force hovering a jet over my house in Waltham for 2-4 minutes on two different occasions at 3.00 am morning. If I can prove this what is the military do to me that I cannot prove?

I file an emergency injunction against the following individuals LTG James H Dickerson SMDC/ARSTRA, General Lori J Robins Commander of USNORTHCOM alleging both individual overseeing military operation against me using a satellite that is hitting me with electromagnetic Frequency weapon. The case has not been throw-out of Court.

I am claiming that the United States military can kill me with this weapon, if I am killed you could be charged with involuntary manslaughter for not investigating my complaint. **Please follow protocol I don't want any trouble for you.** Please contact United States District Court, District of Massachusetts Boston for records of my complaint. I am emailing you a copy of my case. I hope you receive it. Thank You Mike Sullivan

I do [ ]  I do not [✓]  consent to release my personal information outside of IG channels (but within DoD official channels) in order to resolve the matters listed above. I understand that if I do not agree to release my personal information, my request for assistance may go unresolved.

This information is submitted for the basic purpose of requesting assistance, correcting injustices affecting the individual, or eliminating conditions considered detrimental to the efficiency or reputation of the Army. Those who knowingly and intentionally provide false statements on this form are subject to potential punitive and administrative action (UCMJ Art 107, 18 USC 1001).

| SIGNATURE | DATE (YYYYMMDD) |
|---|---|
| Michael Sulli... | 2017-09-07 |

DA FORM 1559, JUL 2011

EXHIBIT L

2

To

DOD Inspector General

Steven A Stebbins Chief of Staff

Dermot F O'Reily Deputy Inspector General

Randolph R Stone Deputy Inspector General Policy and Oversight

DCIS Headquarters Field Office

JAG Corps Commander Vice Admiral James W Crawford III

JAG Corps Rear Admiral Carol M Lynch

JAG Commander of Naval Legal Services code 0021/001IG

Inspector General of the Air Force Lt. Gen Anthony J Rock

Brigadier General David Glaser U.S Army Criminal Investigation Commander

Due to the severity of this crime and my need for immediate assistance, I thought it would be prudent to notify as many Commanding Officers at that same time.

The United States military is operating Electromagnetic Weapon on me for over 3 years. Please review the following legal documents that I filed in the United States District Court, District of Massachusetts (Boston) case #: 1:17 -CV-11438-DJC, that you can review at http://www.mad.uscourts.gov/

I have enclosed the follow.

My emergency Motion that I filed on August, 2017 at United States District Court, District of Massachusetts (Boston)

A copy of request for a federal injunction, I file on 8/24/2017, against Defendant 1 Commanding General LTG James H Dickerson of SMDC/ARSTRA located in Huntsville, Alabama

Defendant 2 Commanding General Lori J Robinson of USNORTCOM located in Peterson Air Force Base, Colorado

Defendant 3 I in hindsight, he probably never got my email. DOD Inspector General Chief of Staff Steven A Stebbins Alexandria, Virginia

Defendant 4 John Doe 1, 2, 3, 4, 5.

*Michael Sullivan*

Michael Sullivan September 5, 2017

Every Inspector General on my Cover letter got a certified letter from me, I probable have the receipts at home.







EXHIBIT E

EXHIBIT E        Ex E



**DEPARTMENT OF THE AIR FORCE**
WASHINGTON DC



Office of the Secretary

22 Sep 17

SAF/IGS
1140 Air Force Pentagon
Washington DC 20330-1140

Mr. Michael H. Sullivan


Dear Mr. Sullivan

    The Inspector General of the Air Force, Lt Gen Anthony J. Rock, is in receipt of your recent letter and has asked me to respond on his behalf. After reviewing all the documents that accompanied your letter, I must inform you that the Air Force Inspector General does not have the authority to provide the remedy you seek. Given the nature of your complaints and the diversity of defendants named, the U.S. Federal Court system is most likely the best venue to address your issues.

    We see no further role for the Air Force Inspector General system at this time. Thank you for bringing this matter to our attention.

Sincerely

JEFF H. HURLBERT, Colonel, USAF
Director, Senior Official Inquiries